UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL MAURICE HATCHETT,

       Plaintiff,

vs.

CITY OF DETROIT,
KENNETH WILLIAMS,
HILTON NAPOLEON,
CITY OF STERLING HEIGHTS,
MICHAEL REECE,
SCOTT LUCAS,
RICHARD VAN SICE,
JEFFREY PLAUNT,
COUNTY OF MACOMB,
CARL MARLINGA and
ERIC KAISER,

       Defendants.
_____/

Civil Action No.
08-CV-11864

HON. BERNARD A. FRIEDMAN

## **J U D G M E N T**

In separate opinions, the court has granted summary judgment in this matter for all defendants. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.

DAVID J. WEAVER
CLERK OF COURT

By: s/Deborah J. Goltz
Deputy Clerk

Approved: s/Bernard A. Friedman
      BERNARD A. FRIEDMAN
      SENIOR U.S. DISTRICT JUDGE